UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC.,

        Plaintiff,

    v.

TEOFIL IORGA,

        Defendant.
_____/

NO. CIV. S-03-2500 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of counsel for the plaintiff in the above action the court has determined that this case has settled as to the last remaining defendant, Teofil Iorga.

    In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before July 18, 2005. All dates set in this matter are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    IT IS SO ORDERED.

Dated: June 16, 2005

                                /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR.
                                United States District Judge