Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TEOFIL IORGA,<br><br>Defendant. | Case No. CIV-S-03-02500 FCD GGH<br><br>Hon. Frank C. Damrell, Jr.<br><br>**ORDER DISMISSING DEFENDANT TEOFIL IORGA** |

Having read the Request for Voluntary Dismissal of Defendant TEOFIL IORGA filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1.   This action is hereby dismissed without prejudice as against Defendant TEOFIL IORGA; in light of this dismissal the case is now closed;

2.   Each party shall bear its/his own attorney's fees and costs incurred in this action to date.

DATED: July 12, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
United States District Court
Eastern District of California

BNFY 605979v1                                          1                              (CIV-S-03-02500 FCD GGH)

**[PROPOSED] ORDER DISMISSING DEFENDANT TEOFIL IORGA**